**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____

KIRAN VUPPALA,                                              CASE NO: 1:25-cv-00546-ALC

vs.

EYES ON BROADWAY, INC., a New
York corporation, d/b/a EYES ON
BROADWAY, and PORTFOLIO6
LLC, a Delaware limited liability
company,

    Defendants.
_____/

## NOTICE OF SETTLEMENT

    COMES NOW Plaintiff, KIRAN VUPPALA, and Defendants, EYES ON BROADWAY, INC., a New York corporation, d/b/a EYES ON BROADWAY, and PORTFOLIO6 LLC, a Delaware limited liability company, by and through their respective undersigned counsel, hereby notify this Honorable Court that settlement has been reached in the above styled case among all parties. The settlement agreement is in the process of being drafted, and the parties shall file a Stipulation of Dismissal With Prejudice thereafter.

    Dated: This 7th day of May, 2025.

By: /S/ B. Bradley Weitz_____  
    B. Bradley Weitz, Esq.  
    The Weitz Law Firm, P.A.  
    Bank of America Building  
    18305 Biscayne Blvd., Suite 214  
    Aventura, Florida 33160  
    Telephone: (305) 949-7777  
    Fax: (305) 704-387**7**  
    Email: bbw@weitzfirm.com  
    *Attorney for Plaintiff*

By: /S/ Erik Bashian_____  
    Erik Bashian, Esq.  
    Bashian & Papantoniou, P.C.  
    1225 Franklin Avenue, Suite 325  
    Garden City, NY 11530  
    Telephone: 516-279-1555  
    Fax: 516-213-0339  
    Email: eb@bashpaplaw.com  
    *Attorney for Defendants*

By: <u>/S/ Steven M. Stimell</u>
 Steven M. Stimell, Esq.
 Bryan Cave Leighton Paisner LLP
 1290 Avenue of Americas
 New York, NY 10104
 Telephone: 212-541-2042
 Fax: 212-541-1442
 Email: SMStimell@bclplaw.com
 *Attorney for Portfolio6 LLC*