USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 7/2/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KIRAN VUPPALA,

vs.

EYES ON BROADWAY, INC., a New York corporation, d/b/a EYES ONBROADWAY, and PORTFOLIO6 LLC, a Delaware limited liability company,

Defendants.
_____/

CASE NO: 1:25-cv-00546-ALC

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER OF DISMISSAL

COMES NOW Plaintiff, KIRAN VUPPALA, and Defendants, EYES ON BROADWAY, INC, a New York corporation, d/b/a EYES ON BROADWAY, and PORTFOLIO6 LLC, a Delaware limited liability company, by and through their respective undersigned counsel, and pursuant to a confidential settlement agreement and pursuant to the provisions of Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby stipulate to a dismissal of the above-captioned action, *with prejudice,* with regard to all Defendants. Each party shall bear their own attorneys' fees and costs.

Dated: This 27th day of June, 2025.

By: _____
B. Bradley Weitz, Esq.
The Weitz Law Firm, P.A.
Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160
Telephone: (305) 949-7777
Fax: (305) 704-3877
Email: bbw@weitzfirm com
*Attorney for Plaintiff*

By: _____
Erik Bashian, Esq.
Bashian & Papantoniou, P.C.
1225 Franklin Avenue, Suite 325
Garden City, NY 11530
Telephone: 516-279-1555
Fax: 516-213-0339
Email: eb@bashpaplaw.com
*Attorney for Defendants*

By: _____
Steven M. Stimell, Esq.
Bryan Cave Leighton Paisner LLP
1290 Avenue of Americas
New York, NY 10104
Telephone: 212-541-2042
Fax: 212-541-1442
Email: SMStimell@bclplaw.com
*Attorney for Portfolio6 LLC*

**SO ORDERED:**

_____
Hon. Andrew L. Carter, Jr. U.S.D.J.

Date: July 2. 2025